1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

9

10

DONRICK SANDERSON, individually and
on behalf of all others similarly situated,

Case No. 3:23-cv-05477-CRB

11

*Plaintiff*,

**[PROPOSED] ORDER GRANTING
PLAINTIFF'S INTERIM
ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE
SEALED**

12

vs.

13

WHOOP, INC.,

14

15

*Defendant.*

Hon. Charles R. Breyer

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[~~PROPOSED~~] ORDER**

2    The Court, having considered Plaintiff Donrick Sanderson's Interim Administrative Motion to

3 Consider Whether Another Party's Material Should be Sealed, and good cause appearing, HEREBY

4 ORDERS that the motion is GRANTED and Plaintiff may file under seal the following materials submitted

5 in connection with Plaintiff's Reply in Support of Plaintiff's Motion for Summary Judgment:

6

| Document | Portion(s) to Seal |
|---|---|
| Plaintiff's Reply in Support of Plaintiff's Motion for Summary Judgment | Pages: 1-2, 7, 10-11, 13-15 |
| Exhibits 24-25 | Entirety of Exhibits 24-25 |

The above materials are ORDERED sealed by the Court.

**IT IS SO ORDERED**

Dated:___December 19, 2025___      _____

                    Honorable Charles R. Breyer
                    United States District Court Judge