Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Jonas Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Gabriel Z. Doble (Cal. Bar No. 335335)
gabe@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiff and the Class*

COOLEY LLP
JOHN HEMANN (165823)
(jhemann@cooley.com)
KRISTINE A. FORDERER (278745)
(kforderer@cooley.com)
EMILY ABBEY (341762)
(eabbey@cooley.com)
RYAN YLITALO (356685)
(rylitalo@cooley.com)
3 Embarcadero Center, 20th Floor San
Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

MICHAEL N. SHEETZ (*Pro Hac Vice*)
(msheetz@cooley.com)
500 Boylston Street Boston, MA 02116-3736
Telephone: +1 617 937 2300
Facsimile: +1 617 937 2400

*Attorneys for Defendant Whoop, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONRICK SANDERSON, individually and on behalf of all others similarly situated, <br><br> *Plaintiff,* <br><br> vs. <br><br> WHOOP, INC., <br><br> *Defendant.* | Case No. 3:23-cv-05477-CRB <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE FEBRUARY 20, 2026 HEARING RE: MOTIONS FOR SUMMARY JUDGMENT, MOTION TO EXCLUDE, AND MOTION TO STRIKE** <br><br> Hon. Charles R. Breyer |

Pursuant to Local Rules 6-1 and 6-2, Plaintiff Donrick Sanderson and Defendant Whoop, Inc. (collectively, the "Parties") respectfully enter this stipulation as follows:

WHEREAS, on October 24, 2025, the Parties filed a Joint Stipulation and [Proposed] Order to Modify Summary Judgment Briefing Deadlines and Related Sealing Procedures (Dkt. 93);

WHEREAS, on October 28, 2025, the Court issued an Order granting the Stipulation and setting the Hearing on the Parties' Motions for Summary Judgment for January 23, 2026, at 10:00 a.m. (Dkt. 94);

WHEREAS, on November 14, 2025, Plaintiff filed a Notice of Motion and Motion to Strike the Opinions of Dr. Keith Wilcox, Defendant's retained expert, setting the Motion Hearing for January 23, 2026 (Dkt. 102);

WHEREAS, on November 18, 2025, Plaintiff filed a Notice of Motion and Motion to Exclude the Testimony of Dr. Thomas McGahee, Defendant's retained expert, setting the Motion Hearing for January 23, 2026 (Dkt. 104);

WHEREAS, on January 8, 2026, the Court issued a notice vacating the January 23, 2026, Hearing on the Parties' Motions for Summary Judgment, Plaintiff's Motion to Exclude, and Plaintiff's Motion to Strike, and setting the hearing for February 20, 2026, at 10:00 a.m. (Dkt. 131);

WHEREAS, in light of Plaintiff's counsel's preexisting commitments on February 20, 2026, the Parties have agreed to continue the upcoming Hearing from February 20, 2026, to March 13, 2026, or a date thereafter that is convenient for the Court;

WHEREAS, the continuance will not otherwise alter the date of any event or any deadline already fixed by Court order;

WHEREAS, good cause exists to continue the Hearing to a date when neither Parties' counsel has preexisting commitments.

THE PARTIES STIPULATE AND REQUEST that the Court continue the hearing on the Motions for Summary Judgment, Motion to Exclude, and Motion to Strike from February 20, 2026, to March 13, 2026 at 10:00 a.m., or a date thereafter that is convenient for the Court.

**IT IS SO STIPULATED.**

Dated: January 20, 2026
COOLEY LLP

By  */s/ Kristine A. Forderer*
    John H. Hemann
    Kristine A. Forderer
    Emily Abbey
    Ryan Ylitalo
    Michael N. Sheetz

    Attorneys for Defendant
    Whoop, Inc.

Respectfully submitted,
DOVEL & LUNER, LLP

By  */s/ Gabriel Z. Doble*
    Gabriel Z. Doble
    Simon Franzini
    Jonas Jacobson

    Attorneys for Plaintiff and the Class

Stipulation and [Proposed] Order         2         Case No. 3:23-cv-05477-CRB

**ATTESTATION OF COMPLIANCE**

Pursuant to Local Rule 5-1(h)(3), I hereby certify that the content of this document is acceptable to all other signatories listed and that I obtained authorization to file this document, indicated by a /s/ in lieu of signature(s) on this document.

/s/ Gabriel Z. Doble
Gabriel Z. Doble

# [PROPOSED] ORDER

Having considered the Stipulation for an order to continue the February 20, 2026 Hearing on the Motions for Summary Judgment, Motion to Exclude, and Motion to Strike and good cause appearing,

**IT IS HEREBY ORDERED** that:

The Hearing on the Motions for Summary Judgment, Motion to Exclude, and Motion to Strike shall be continued from February 20, 2026, to March 13, 2026, at 10:00 a.m.

**IT IS SO ORDERED**

DATED: __January 20, 2026_____

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

Stipulation and [Proposed] Order                    4                    Case No. 3:23-cv-05477-CRB