COOLEY LLP
JOHN HEMANN (165823)
(jhemann@cooley.com)
KRISTINE A. FORDERER (278745)
(kforderer@cooley.com)
EMILY ABBEY (341762)
(eabbey@cooley.com)
RYAN YLITALO (356685)
(rylitalo@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California  94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

MICHAEL N. SHEETZ (*Pro Hac Vice*)
(msheetz@cooley.com)
500 Boylston Street
Boston, MA  02116-3736
Telephone:    +1 617 937 2300
Facsimile:    +1 617 937 2400

Attorneys for Defendant
WHOOP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONRICK SANDERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHOOP, INC.,<br><br>Defendant. | Case No. 3:23-cv-05477-CRB<br><br>**INTERIM ADMINISTRATIVE MOTION TO SEAL AND TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** : ORDER<br><br>Hon. Charles R. Breyer |

Whoop, Inc. ("Whoop") hereby respectfully submits this Interim Administrative Motion to Seal and to Consider Whether Another Party's Material Should be Sealed.

Pursuant to Civil Local Rules 7-11 and 79-5, Whoop moves to seal portions of its Motion for Summary Judgment as well as certain documents filed in support thereof.  Pursuant to the Court's Order Granting the Parties' Joint to Modify Summary Judgment Briefing Deadlines and Related Sealing Procedures, (Dkt. No. 94), the reasons for sealing will be discussed in the Parties' forthcoming Joint Omnibus Sealing Motion, to be filed on January 9, 2026.

Dated: November 4, 2025                                COOLEY LLP


By:  /s/ John Hemann
                                                              John Hemann

                                                              Attorneys for Defendant
                                                              WHOOP, INC.

Date: March 3, 2026

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

326492280 v1

                                                     2                    DEF.'S INTERIM ADMIN. MTN. TO SEAL
                                                                          (CASE NO. 3:23-CV-05477-CRB)

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO