**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONRICK SANDERSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>WHOOP, INC.,<br><br>*Defendant.* | Case No. 3:23-cv-05477-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S INTERIM ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Hon. Charles R. Breyer |

**[~~PROPOSED~~] ORDER**

The Court, having considered Plaintiff Donrick Sanderson's Interim Administrative Motion to Consider Whether Another Party's Material Should be Sealed, and good cause appearing, HEREBY ORDERS that the motion is GRANTED and Plaintiff may file under seal the following materials submitted in connection with Plaintiff's Motion for Summary Judgment:

| Document | Portion(s) to Seal |
| --- | --- |
| Plaintiff's Notice of Motion and Motion for Summary Judgment; Memorandum of Law in Support Thereof | Pages: i, 1, 6-12, 14-15, 26-27 |
| Exhibits 1, 4, and 6-18 | Entirety of Exhibits 1, 4, and 6-18 |
| Proposed Order Granting Plaintiff's Motion for Summary Judgment | Pages: 2 |

The above materials are ORDERED sealed by the Court.

**IT IS SO ORDERED**

Dated:_____March 3, 2026_____          _____

Honorable Charles R. Breyer
United States District Court Judge

[~~PROPOSED~~] ORDER GRANTING INTERIM ADMINISTRATIVE MOTION TO CONSIDER
WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
1                    Case No. 3:23-cv-05477-CRB