COOLEY LLP
JOHN HEMANN (165823)
(jhemann@cooley.com)
KRISTINE A. FORDERER (278745)
(kforderer@cooley.com)
EMILY ABBEY (341762)
(eabbey@cooley.com)
RYAN YLITALO (356685)
(rylitalo@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California  94111-4004
Telephone:     +1 415 693 2000
Facsimile:     +1 415 693 2222

MICHAEL N. SHEETZ (*Pro Hac Vice*)
(msheetz@cooley.com)
500 Boylston Street
Boston, MA  02116-3736
Telephone:     +1 617 937 2300
Facsimile:     +1 617 937 2400

Attorneys for Defendant
WHOOP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONRICK SANDERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHOOP, INC.,<br><br>Defendant. | Case No. 3:23-cv-05477-CRB<br><br>[~~PROPOSED~~] ORDER RE DEFENDANT WHOOP, INC.'S ADMINISTRATIVE MOTION TO SEAL<br><br>**Hon. Charles R. Breyer** |

[~~PROPOSED~~] ORDER RE DEF.'S ADMIN. MOT. TO SEAL
(CASE NO. 3:23-CV-05477-CRB)

Pursuant to Civil Local Rules 7-11 and 79-5 Defendant WHOOP, Inc. ("WHOOP") moves to seal its confidential information disclosed in the Court's Order Granting in Part and Denying in Part Cross-Motions for Summary Judgment ("MSJ Order," Dkt. 150).

Having considered the Administrative Motion to Seal, the prior Joint Omnibus Sealing Motion, all associated declarations, exhibits, and any argument of counsel:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Accordingly:

1.      The unredacted version of the MSJ Order shall be filed under seal; and

2.      The public shall only have access to a redacted version consistent with the redactions proposed by WHOOP.

**IT IS SO ORDERED.**

Dated:   July 8, 2026

_____
Honorable Charles R. Breyer
United States District Court Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER RE DEF.'S ADMIN. MOT.
TO SEAL
(CASE NO. 3:23-CV-05477-CRB)