Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Martin Brenner (Cal. Bar No. 333540)
martin@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiff and the Class*
[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONRICK SANDERSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>WHOOP, INC.,<br><br>*Defendant*. | Case No. 3:23-cv-05477-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE AUGUST 28, 2026 CASE MANAGEMENT CONFERENCE IN LIGHT OF PENDING SETTLEMENT**<br><br>Judge: Hon. Charles R. Breyer |

Plaintiff Donrick Sanderson ("Plaintiff") and Defendant Whoop, Inc. ("Defendant," and together with Plaintiff, the "Parties") stipulate as follows:

WHEREAS, on July 2, 2026, the Court issued an order denying summary judgment with respect to Plaintiff's legal claims under the Consumers Legal Remedies Act and dismissing Plaintiff's equitable claims without prejudice to his re-filing in state court;

WHEREAS, after the Court issued its summary judgment order, the Parties participated in mediation with Judicate West on July 23, 2026. Subsequent to the mediation, the Parties reached a settlement in principle. The settlement in principle covers both (1) the legal claim currently pending before this Court; and (2) the equitable claims previously pending here, which have since been re-filed in state court;

WHEREAS, the Parties are now negotiating a term sheet for the settlement in principle;

WHEREAS, the Parties agree that it would conserve party and court resources for the Case Management Conference scheduled for August 28, and all related deadlines, to be continued so that the Parties can focus on finalizing the settlement;

NOW THEREFORE, the Parties hereby stipulate, subject to Court approval, that:

1. The August 28, 2026, Case Management Conference is vacated; and
2. The Parties shall submit a status report updating the Court on the status of the settlement within 30 days of entry of the order below.

**IT IS SO STIPULATED**

Dated: August 14, 2026

Respectfully submitted,

By: /s/ Simon Franzini

Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Martin Brenner (Cal. Bar No. 333540)
martin@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiff and the Class*

Dated: August 14, 2026

By: /s/ Kristine A. Forderer

Kristine A. Forderer (Cal. Bar No. 278745)
kforderer@cooley.com
John Hemann (Cal. Bar No. 165823)
jhemann@cooley.com
Emily Abbey (Cal. Bar No. 341762)
eabbey@cooley.com
Ryan Ylitalo (Cal. Bar No. 356685)
rylitalo@cooley.com
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004 Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

Michael N. Sheetz (*Pro Hac Vice*)
(msheetz@cooley.com)
COOLEY LLP
500 Boylston Street
Boston, MA 02116-3736
Telephone: +1 617 937 2300
Facsimile: +1 617 937 2400

*Attorneys for Defendant Whoop, Inc.*

**ATTESTATION OF COMPLIANCE**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that the content of this document is acceptable to all other signatories listed and that I obtained authorization to file this document, indicated by a /s/ in lieu of signature(s) on this document.

Dated: August 14, 2026

*/s/ Simon Franzini*
Simon Franzini

**~~[PROPOSED]~~ ORDER**

Having considered the Stipulation to Vacate August 28, 2026 Case Management Conference in Light of Pending Settlement and good cause appearing,

**IT IS HEREBY ORDERED** that:

The August 28, 2026, Case Management Conference and all related deadlines are vacated. The Parties shall file a joint status report with an update for the Court on settlement discussions no later than 30 days from this order.

**IT IS SO ORDERED**

Dated: August 14, 2026

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE